1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

JUL 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 2:11-CR-327 MCE |
|                                     ) | |
|                 Plaintiff,          ) | |
|                                     ) | |
|        v.                           ) | ORDER TO SEAL |
|                                     ) | |
| TYNISHA MARIE HORNBUCKLE,           ) | (UNDER SEAL) |
|   aka "NeNe,"                       ) | |
|   aka "My Nookie,"                  ) | |
|   aka "No FEELINGs,"                ) | |
| TAMRELL RENA HORNBUCKLE,            ) | |
|   aka Tamrell Rena Ellis,           ) | |
|   aka "$$$mexcn.y$b10nco$$,"        ) | |
| LATRELLE ALICIA HORNBUCKLE,         ) | |
| CHERRELLE ELIZABTH                  ) | **SEALED** |
| HORNBUCKLE,                         ) | |
| TAMMY RENA BROWN, and               ) | |
| JACQUELIN LANOISE RADISHA           ) | |
| WADE,                               ) | |
|   aka "CoCo,"                       ) | |
|                                     ) | |
|                 Defendant.          ) | |

    The Court hereby orders that the Indictment, the Petition of
Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this
Order, in the above-referenced case, shall be sealed until the
///
///

1

1 | Order, in the above-referenced case, shall be sealed until the
2 | arrest of the defendants or until further order of the Court.
3 | DATED: July 28, 2011

GREGORY G. HOLLOWS
United States Magistrate Judge