```
BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

FILED

AUG -1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | D.C. NO. 2-11-CR-327 MCE |
| Plaintiff, ) | |
| ) | APPLICATION AND ORDER |
| v. ) | FOR UNSEALING INDICTMENT |
| ) | |
| TYNISHA MARIE HORNBUCKLE, et al.) | |
| ) | |
| Defendants. ) | |

On July 28, 2011, the indictment was filed in the above-referenced case. Since the defendants have now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment be unsealed.

DATED: August 1, 2011        BENJAMIN B. WAGNER
                             United States Attorney

                             By: /s/ Kyle Reardon
                                 KYLE F. REARDON
                                 Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: August 1, 2011        _____
                             HON. KENDALL J. NEWMAN
                             U.S. Magistrate Judge