UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 4, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LATRELLE ALICIA HORNBUCKLE, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00327 MCE <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Latrelle Alicia Hornbuckle</u>; Case <u>2:11-cr-00327 MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    __ Unsecured Appearance Bond in the amount of $25,000.00, co-signed by Angie Washington

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>8/4/2011</u>  at  2:30 pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge