```
                                              FILED
                                              August 4, 2011
       UNITED STATES DISTRICT COURT           CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
    FOR THE EASTERN DISTRICT OF CALIFORNIA    CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,        )
                                 )    CASE NUMBER: 2:11-cr-00327 MCE
              Plaintiff,         )
v.                               )
                                 )    ORDER FOR RELEASE
                                 )    OF PERSON IN CUSTODY
LATRELLE ALICIA HORNBUCKLE,      )
                                 )
              Defendant.         )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Latrelle Alicia Hornbuckle</u>; Case <u>2:11-cr-00327 MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __ Release on Personal Recognizance

     __ Bail Posted in the Sum of _____

     __ Unsecured Appearance Bond in the amount of <u>$25,000.00</u>, co-signed by Angie Washington

     __ Appearance Bond with 10% Deposit

     __ Appearance Bond secured by Real Property

     __ Corporate Surety Bail Bond

     _X_ (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>8/4/2011</u> at 2:30 pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge