1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   TYNISHA HORNBUCKLE
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )      No.   CR. S-11-327 MCE
                                     )
9            Plaintiff,              )
                                     )      STIPULATION TO CONTINUE STATUS
10                                   )      CONFERENCE AND EXCLUDE TIME
        v.                           )      UNDER SPEEDY TRIAL ACT; ORDER
11                                   )
   TYNISHA HORNBUCKLE, et al.,       )
12                                   )
            Defendants.              )
13  _____ )

14       IT IS HEREBY STIPULATED AND AGREED between the defendants, Tynisha

15  Hornbuckle, Tamrell Hornbuckle, Latrelle Hornbuckle, Cherrelle Hornbuckle, and Tammy Brown,

16  by and through their undersigned defense counsel, and the United States of America by and through

17  its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for

18  January 5, 2012 at 9:00 a.m., should be continued to February 16, 2012 at 9:00 a.m., and that time

19  under the Speedy Trial Act should be excluded from January 5, 2012 through February 16, 2012.

20       The reason for the continuance is the defense needs additional time to complete potential plea

21  negotiations and to prepare for trial. The case is currently set for trial on June 4, 2012.  Accordingly,

22  the time between January 5, 2012 and February 16, 2012 should be excluded from the Speedy Trial

23  calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for

24  defense preparation.  The parties stipulate that the ends of justice served by granting this continuance

25  outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C.

26  §3161(h)(7)(A). Mr. Chastaine, Mr. Hedberg, Mr. Peters, Mr. Warriner, and Mr. Reardon have

27  authorized Mr. Locke to sign this pleading for them. .

28

29                                        1

1

2

3 DATED: December 22, 2011              /S/ Bruce Locke
                                     BRUCE LOCKE
4                                    Attorney for Tynisha Hornbuckle

5
DATED: December 22, 2011              /S/ Bruce Locke
6                                    MICHAEL L. CHASTAINE
                                     Attorney for Tamrell Hornbuckle
7

8 DATED: December 22, 2011              /S/ Bruce Locke
                                     OLAF WILLIAM HEDBERG
9                                    Attorney for Latrelle Hornbuckle

10
DATED: December 22, 2011              /S/ Bruce Locke
11                                   RONALD JAMES PETERS
                                     Attorney for Cherrelle Hornbuckle
12

13 DATED: December 22, 2011             /S/ Bruce Locke
                                     TIMOTHY E. WARRINER
14                                   Attorney for Tammy Brown

15

16
DATED: December 22, 2011              /S/ Bruce Locke
17                                   For KYLE REARDON
                                     Attorney for the United States
18

19       The Court finds, for the reasons stated above, that the ends of justice served by granting this

20 continuance outweigh the best interests of the public and the defendants in a speedy trial, and,

21 therefore,

22       IT IS SO ORDERED.

23
   Dated:  January 4, 2012
24

25
                                     MORRISON C. ENGLAND, JR.
26                                   UNITED STATES DISTRICT JUDGE

27

28

29                                        2