The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

Latrelle Hornbuckle et. al.

Case Number:  11-CR-327 MCE

**STIPULATION AND ORDER REGARDING DEFENDANT HOUSING**

**DATE: 2/27/12**
**TIME: TBA**
**DEPT: Hon. Kendall J. Newman**

    In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release Order issued by the Hon. Kendall J. Newman on August 4, 2011. Specifically, that order places Latrelle Hornbuckle into the third party custody of her aunt, Angie Washington.

    Since that date Ms. Hornbuckle has been working with Child Protective Services to be reunited with her children. That reunion has been approved. Unfortunately there is no room at the Ms. Washington's address to accommodate the children.

1

I have spoken with Ms. Hornbuckle's Pretrial Services Officer Ms. Beth Baker. She has been informed that a Ms. Candace Penn is willing to house Ms. Horbuckle.  Ms. Baker has investigated the situation and has learned that Ms. Penn is amenable to housing Ms. Hornbuckle and her children, has known Ms.Hornbuckle for eleven years, Ms. Penn has no known criminal history and that Ms. Penn is willing to report any known violations to Pretrial Services.

As a result, Ms. Baker has no objection to the change. I have also spoken with AUSA Kyle Reardon regarding this matter. He does not object to the change.

IT IS THERFORE STIPULATED:

Ms. Latrelle Hornbuckle's Special Condition of Release #15,  issued by the Hon. Kendall J. Newman on August 4, 2011 identifying Angie Washington as Ms. Hornbuckle's third party custodian be altered to delete the name Angie Washington and the name Candace Penn be inserted in its stead.

Dated:  February 27, 2012

BENJAMIN WAGNER
United Sates Attorney

_____/s/_____
Kyle Reardon
ASSISTANT UNITED STATES ATTORNEY

Dated: February 27, 2012

OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR LATRELLE HORNBUCKLE

IT IS SO ORDERED

    Ms. Latrelle Hornbuckle's Special Condition of Release #15, issued by the Hon. Kendall J. Newman on August 4, 2011 identifying Angie Washington as Ms. Hornbuckle's third party custodian be altered to delete the name Angie Washington and the name Candace Penn be inserted in its stead.

**Date:  2/28/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE